AO 440 (Rev 1/90) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED

FEB 2 3 2005

Michael N. Milby
Clerk of Court

# United States District Court

_Southern District_ **DISTRICT OF** _Texas_

_Irma Gonzalez-Rodriguez_

v.

**SUMMONS IN A CIVIL ACTION**

_Marc Moore, Field Office Dir._

_Tom Ridge, Secretary_

_Department of Homeland Security, et al_

**CASE NUMBER:** B-04-142

**TO:** (Name and Address of Defendant)

_US Attorney_
_PO Box 61129_
_Houston, Tx 77208_

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

**CLERK**

8-18-04

**DATE**

_Datelle Ahermede_

**BY DEPUTY CLERK**

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | 9/26/04 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
SAT-DU-8 _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify): _____ Cert mail RRR _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/9/04___       _____
Date                                  Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

_____
Address of Server

---

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| C. Signature X   AUG 2 6 2004 | ☐ Agent ☐ Addressee |

1. Article Addressed to:
John Ashcroft USAG
950 Penn. Ave NW
#5111
Wash. DC
20530-0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)   700 0520 0025 5697 1483

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789