AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

United States District Court
Southern District of Texas
FILED

FEB 23 2005

Michael N. Milby
Clerk of Court

Irma Gonzalez-Rodriguez

v.

Marc Moore, Field Office Dir.
Tom Ridge, Secretary, Dept of Homeland Security &
The United States of America

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-04-142**

TO: (Name and Address of Defendant)

Tom Ridge, Secretary
Department of Homeland Security
Washington DC 20528

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

8-18-04
DATE

Dahlia Ahumada
BY DEPUTY CLERK

AO 440 (Rev. 1/80) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/26/04 |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert. mail RRR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/9/04
                  Date                      Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tom Ridge, Secy
DHS
Nash DC  20528

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
X _____  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)  7000 0520 0023 ████ 1476

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-1789