AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

**Southern District** DISTRICT OF **Texas**

United States District Court
Southern District of Texas
FILED

FEB 2 3 2005

Michael N. Milby
Clerk of Court

Irma Gonzalez-Rodriguez
v.
Marc Moore, Field Office Dir.
Tom Ridge, Secretary
Department of Homeland Security, et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **B-04-142**

TO: (Name and Address of Defendant)

John Ashcroft, US Attorney General
950 Pennsylvania Ave NW #5111
Wash. DC 20530-0001

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk            8-18-04
CLERK                              DATE

Danelle Ahumada
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/24/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lisa S. Brodyaga | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

SPI-AU-0

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Cert Mail RRR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/9/04
              Date              Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Atty
   PO Box 61129
   Houston, Tx
   77208

A. Received by (Please Print Clearly): Douglas Parkinson
B. Date of Delivery: 8/2/04
C. Signature: X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 5697 1490

PS Form 3811, July 1999       Domestic Return Receipt       102595-99-M-1789