**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| IRMA GONZALEZ-RODRIGUEZ | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-142 |
| MARC MOORE, FIELD OFFICE | § | |
|     DIRECTOR, DHS, | § | |
| TOM RIDGE, SECRETARY, | § | |
|     DEPARTMENT OF HOMELAND | § | |
|     SECURITY, and | § | |
| THE UNITED STATES OF AMERICA | § | |
|     Respondents. | § | |

## UNOPPOSED MOTION TO TRANSFER

On May 11, 2005, the REAL ID Act of 2005 became law.  It is Division B of the "Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Tsunami Relief, 2005," Pub. L. No. 109-13, 119 Stat. 231.  Section 106 of Title I ("Amendments to Federal Laws to Protect Against Terrorist Entry") is entitled "Judicial Review of Orders of Removal."  It became effective May 11, 2005.  Section 106(c) provides that any case pending in district court in which an alien challenges a final administrative order of removal, deportation, or exclusion shall be transferred by the district court to the appropriate court of appeals. This is such a case. Here, the appropriate transferee court is the Fifth Circuit Court of Appeals.

Thus, the defendants move that this case be transferred to the United States Court of Appeals for the Fifth Circuit. Plaintiff does not oppose transfer.

DATED: June 15, 2005

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

//s// Rene Carlo Benavides
RENE BENAVIDES
Assistant United States Attorney
1701 Business 83, Suite 600
McAllen, Texas  78501
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Southern Dist. of Texas No. 26215

## CERTIFICATE OF NON OPPOSITION

I hereby certify that on June 15, 2005 I conferred with counsel for Plaintiff who does not oppose transfer.

/s/Rene Carlo Benavides
Rene Benavides
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing motion was sent by first-class mail, postage pre-paid, to:

Ms. Lisa Brodyaga
Refugio del Rio Grande
17891 Landrum Park Road
San Benito, Texas  78586


on June 15, 2005.

<u>/s/ Rene Carlo Benavides</u>
RENE BENAVIDES
Assistant United States Attorney