IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 24 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRMA GONZALEZ-RODRIGUEZ | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-142 |
| MARC MOORE, FIELD OFFICE | § | |
| DIRECTOR, DHS, | § | |
| TOM RIDGE, SECRETARY, | § | |
| DEPARTMENT OF HOMELAND | § | |
| SECURITY, and | § | |
| THE UNITED STATES OF AMERICA | § | |
| Respondents. | § | |

## ORDER TO TRANSFER

The Defendants' unopposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

Signed on August 24, 2005.

_____
United States District Judge